IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-00559-CMA-CBS | Date: July 8, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                              *Counsel:*

PAUL A. MITCHELL,                                              No appearance

Plaintiff,

v.

KAREN MCGOVERN, *et al.,*                                Leanne De Vos
                                                                                William Allen
                                                                                Michelle Harden
                                                                                Vanessa Devereaux
                                                                                Gregory Eurich

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in session: 08:09 a.m.**
Court calls case. Appearances of counsel.

The Plaintiff, Paul Mitchell, is not present for today's hearing. The courtroom deputy attempted to call Mr. Mitchell and was unable to reach him. The court set today's hearing [doc. 90 dated 6/29/2015] advising the Plaintiff that he may appear by phone and gave the phone number for him to call at the time of the hearing. The order setting the hearing further advised Mr. Mitchell that failure to comply with a court order may be cause for dismissal of this action without further notice.

Mr. Mitchell has failed to appear for the Status Conference on June 29, 2015 and has also failed to file responses by the deadline as indicated in [doc. 54].

**ORDERED:** Magistrate Judge Shaffer will RECOMMEND that this case be dismissed for Mr. Mitchell's failure to comply with a court order (written order to issue).

*Plaintiff's MOTION [76] for Temporary Restraining Order and Preliminary Injunction Against Boyd N. Boland* is **DENIED** as frivolous.

> *MOTION [61] for Magistrate Judge Shaffer's Recusal Pursuant to 28 U.S.C. 144* is **DENIED.**
>
> *Plaintiff's MOTION [32] to Disqualify* is **DENIED** as premature.
>
> *Plaintiff's MOTION [75] for Sanctions* is **DENIED.**
>
> Magistrate Judge Shaffer will recommend *Plaintiff's MOTION [5] for Temporary Restraining Order and Preliminary Injunction and Accompanying Verified Brief in Support* be **DENIED** (written order to issue).

Hearing Concluded.

**Court in recess: 08:31 a.m.**
Time in court: 00:22

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.