**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00559-CMA-CBS

PAUL A. MITCHELL,

　　　Plaintiff,

v.

KAREN MCGOVERN, in her individual capacity as current director of the Colorado
Medical Board,
CHERYL HARA, in her individual capacity as former program director of the Colorado
Medical Board,
SARAH EARLY, in her individual capacity as executive director of the Colorado
Physician Health Program, and
ROCKY MOUNTAIN CANCER CENTER,

　　　Defendants.

---

**FINAL JUDGMENT**

---

　　　In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

　　　Pursuant to the Order Affirming and Adopting in Part the July 8, 2015

Recommendation of United States Magistrate Judge of Judge Christine M. Arguello

entered on August 12, 2015 it is

　　　ORDERED that Plaintiff's objection (Doc. 101) is OVERRULED.  It is

　　　FURTHER ORDERED that the Recommendation of United States Magistrate

Judge Shaffer  (Doc. 97 ) is AFFIRMED and ADOPTED as an order of this Court.

Pursuant to the Recommendation, it is

　　　FURTHER ORDERED that Mr. Mitchell's Motion for a Temporary Restraining

Order and Preliminary Injunction (Doc. 5) be DENIED is AFFIRMED and ADOPTED as an order of this Court.  It is

FURTHER ORDERED that the Court does not adopt the recommendation that Mr. Mitchell be required to seek judicial approval before filing any future litigation.  It is

FURTHER ORDERED that Defendant Rocky Mountain Cancer Center's Motion to Dismiss (Doc.  40), Defendant Cheryl Hara's Motion to Dismiss (Doc. 42), and Defendant Karen McGovern's Motion to Dismiss (Doc. 43) are DENIED AS MOOT.

FURTHER ORDERED that Defendants shall have their costs by  the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

DATED August 12, 2015

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   V. Barnes

V. Barnes
Deputy Clerk